IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**REVEREND PATRICK MAHONEY**,⠀⠀⠀⠀)
4019 Duke of Gloucester⠀⠀⠀⠀⠀⠀⠀⠀)
Fredericksburg, VA  22407⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
and⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
**THE CHRISTIAN DEFENSE COALITION**,⠀)
4019 Duke of Gloucester⠀⠀⠀⠀⠀⠀⠀⠀)
Fredericksburg, VA  22407⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀Plaintiffs,⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀-vs-⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
**HON. GALE NORTON,** in her official capacity⠀)
as **SECRETARY OF THE UNITED**⠀⠀⠀)
**STATES DEPARTMENT OF THE**⠀⠀⠀)
**INTERIOR,**⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
1849 C Street NW⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
Room 6151⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
Washington, DC  20240⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
and⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
**THE NATIONAL PARK SERVICE**⠀⠀⠀)
1849 C Street NW⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
Room 3104⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
Washington, DC 20240⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀*Defendants*.⠀⠀⠀⠀⠀⠀⠀⠀)

## DECLARATION OF REVEREND PATRICK MAHONEY

Patrick Mahoney, under penalty of perjury of the District of Columbia, hereby declare and

state:

1.⠀⠀⠀⠀I make this declaration on personal knowledge of the facts stated therein.

2.⠀⠀⠀⠀I am a citizen of the United States.

3.    I reside in the Commonwealth of Virginia.

4.    I am Christian.

5.    I am an ordained Presbyterian minister.

6.    The Christian Defense Coalition ("CDC") is an unincorporated association of Christians involved in public activism.

7.    As a Christian, I am compelled by adherence to the tenets of my religious faith.

8.    My religious faith demands that I pursue the cause of justice, including by praying for the Government of the United States, the President of that Government, and the people of the United States.

9.    My religious faith instructions to pray for the President, for the safety of the Nation, and for spiritual renewal.

10.    In obedience to the tenets of my religious faith, I have organized numerous prayer vigils in public places in and around the Nation's Capitol.

11.    In obedience to the tenets of my religious faith, I have participated in numerous other prayer vigils in public places in and around the Nation's Capitol.

12.    I have planned to conduct two prayer vigils in the near future, as part of my continuing practice of observing the tenets of my religious faith.

13.    I have planned to conduct prayer vigils in Lafayette Park, in the District of Columbia, on August 30, 2002, and on September 11, 2002.

14.    Because of the frequency with which I have carried out these religious practices, I am aware of the responsibility of the National Park Service for administering the system of permits by which the Service regulates access to park in the Nation's Capitol.

15.    The National Park Service has promulgated a regulation, 36 C.F.R. § 7.96, by which it administers special events and demonstrations and other aspects of the National Capital Region Parks, located in and around the District of Columbia.

16.    As required by the National Park Service's regulation, I submitted a separate written and complete application for each planned prayer vigil.

17.    Attachment One to this Declaration is a date-stamped, true and correct copy of my permit application for a prayer vigil scheduled to take place on August 30, 2002.

18.    Attachment Two to this Declaration is a date-stamped, true and correct copy of my permit application for a prayer vigil scheduled to take place on September 11, 2002.

19.    The originals of these two completed applications were filed in the National Capital Region offices of the National Park Service on August 14, 2002.

20.    A federal regulation promulgated by the National Park Service, 36 C.F.R. § 7.96(g)(3), provides that a fully executed application for a permit to demonstrate is "deemed granted" if it is not denied within twenty-four hours of receipt.

21.    Accordingly, no later than about 12:15 p.m. on August 15, 2002, pursuant to federal regulation, both of my permit applications were deemed granted.

22.    On August 23, 2002, the National Park Service notified me that it had prepared a letter revoking my "deemed granted" permits.

23.    The National Park Service provided that letter, with attachments, to me by facsimile transmission on the same date.

24.    Attachment Three to this Declaration is a true and correct copy of that letter and its attachments.

25.    The attachments to the letter include two "Record[s] of Determination to extend a partial and temporary public use limitation for certain Parks areas around the White House," one dated July 30, 2002, the other dated August 19, 2002, and a letter from Donald Flynn, United States Secret Service Assistant Director, Office of Protective Operations to Terry Carlstrom, Regional Director, National Capital Region, National Park Service, dated August 14, 2002.

26.    The letter expresses "regret that the 'deemed granted' applications for Lafayette Park must be revoked for security reasons . . . ."

27.    The letter recites a course of correspondence between the United States Secret Service and the National Park Service.

28.    According to the letter to Mahoney, the revocation was made necessary by the "partial and temporary public use limitation" imposed by the National Park Service after consideration of requests from the United States Secret Service.

29.    In lieu of the permits revoked by the National Park Service, the Service suggested to me other park locations outside of Lafayette Park.

30.    The "partial and temporary" limitations on the use of Lafayette Park have, on information and belief, extended from September, 2001, through to the present day.

31.    On information and belief, the "partial and temporary" limitation would not affect the gathering of a group of individuals fewer in number than 25, because, as a general principle, the National Park Service does not require a group gathering to obtain a permit to use park properties for special events and demonstrations.

32.    In fact, I participated in just such a prayer vigil in Lafayette Park during August, 2002, together with a group of fewer than 25 individuals.

33.    That prayer vigil, sponsored by persons concerned with a decision of the United States Department of State to deny tourist visas to a group of orphans that had been sponsored for a two week summer camp experience in the United States, took place in Lafayette Park without a permit.

34.    Lafayette Park is an important core park in the District of Columbia.

35.    Many important social, political, and religious demonstrations and protests have taken place in Lafayette Park.

36.    During the Cold War, such protests occurred.

37.    During the Vietnam War, such protests occurred.

38.    During the Gulf War, such protests occurred.

39.    Lafayette Park is regularly used by the public for passage through the neighborhood and in the City of Washington.

40.    Lafayette Park is open to the public and to the hundreds and thousands of tourists and passersby that make use of its amenities every day.

41.    Lafayette Park, with its green spaces and its paved and bricked walkways, is indistinguishable from other parks and sidewalks in the City of Washington, including, for example, the public sidewalk adjacent to the United States Supreme Court (United States v. Grace, 461 U.S. 171 (1983)) and the public sidewalk adjacent to the parade route used for presidential inaugurals along Pennsylvania Avenue (Mahoney v. Babbitt, 105 F.3d 1452 (D.C. Cir. 1997)).

42.    The White House is located across Pennsylvania Avenue from Lafayette Park.

43.    Neither I nor the Christian Defense Coalition have engaged in any conduct that actually

injures public safety.

44.     Neither I nor the Christian Defense Coalition have engaged in any conduct that threatens to injure public safety.

45.     The National Park Service "partial and temporary public use limitation" has been adopted for the asserted purpose of guaranteeing the public safety as well as to ensure necessary security and safety for the White House complex and its occupants.

46.     Although the National Park Service has revoked my "deemed granted" permits, the Service has not generally closed Lafayette Park to use by the public.

47.     I fear that without the aid of this Court the defendants will continue to abridge my federal constitutional and statutory rights without legal justification..

FURTHER YOUR DECLARANT SAYETH NOT.

I, Patrick Mahoney, hereby declare that the foregoing statement is true and correct under the penalty of perjury.  Done this 27th day of August, 2002, at Washington, the District of Columbia.


REVEREND PATRICK MAHONEY

**ATTACHMENT ONE**

**ATTACHMENT TWO**

**ATTACHMENT THREE**