

Exhibit A 02-1715 (GK)