UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

REVEREND PATRICK MAHONEY )
and )
CHRISTIAN DEFENSE COALITION, )
Plaintiffs, )
v. ) Civil No. 02-1715
HONORABLE GALE NORTON, )
et al., )
Defendants. )

DECLARATION OF RICHARD MERRYMAN

I, Richard Merryman, pursuant to 28 U.S.C. § 1746, deposes and says as follows:

1. I am the Chief of the Division of Park Programs, National Capital Parks-Central in the National Capital Region of the National Park Service.

2. In this capacity I head the National Park Service office that receives and reviews applications for demonstrations and special events on Federal parkland of the National Capital Region and grants the permits.

3. Pursuant to 36 C.F.R. § 7.96(g)(4)(i), the Office processes applications in order of receipt. Applications are accepted for up to one year in advance. A time clock is used to stamp the date and time on each application in the order of receipt of applications. Applications are also logged into our computer.



Exhibit B 02-1715 (GK)

4. National Park Service regulations allow two circumstances where demonstrations may occur on Federal parkland without the need to submit an application or have a permit issued.

5. First, 36 C.F.R. §7.96(g)(2)(i) allows "small group demonstrations" without a permit. A permissible "small group demonstration" involves 25 persons or fewer, provided that the other conditions required of a permit are met, that the group is not merely an extension of another group already availing itself of the 25 person rule, and provided that the group will not unreasonably interfere with other demonstrations.

6. Second, 36 C.F.R. §7.96(g)(2)(ii) allows demonstrations without a permit at five designated parks, provided that their activity is reasonably consistent with the protection and use of the park and met the other requirements of the section. The five parks where demonstrations may occur without a permit are listed at 36 C.F.R. §7.96(g)(2)(ii)(A)-(E). These five parks, and the limitation of the number of participants, are: Franklin Park (500), McPherson Square (500), Reservation 31 (100), Rock Creek Park and Potomac Parkway at 23rd and P Streets (1,000) and Reservation 46 (25).

7. Under National Park Service regulations, demonstration applications are "deemed granted" within 24 hours of receipt. However, [1] applications, [2] "deemed granted" applications and [3] permits may be denied/revoked under Park

Service regulations.

8. Specifically, the National Park Service regulations regarding "deemed granted" applications and permits are found at 36 C.F.R. § 7.96(g)(3), which provides in pertinent part:

> ... All demonstration applications . . . are deemed granted, subject to all limitations and restrictions applicable to said park areas, unless denied within 24 hours of receipt. However, where a permit has been granted, or is deemed to have been granted pursuant to this subsection, the Regional Director may revoke that permit pursuant to paragraph (g)(6) of this section.

9. And 36 C.F.R. § 7.96(g)(6) provides that revocation is authorized when an application would be subject to denial under paragraph (g)(4)(iii), which provides that a permit may be denied in writing upon the following grounds:

> (A) A fully executed prior application for the same time and place has been received, and a permit has been or will be granted authorizing activities which do not reasonably permit multiple occupancy of the particular area; in that event, an alternate site, if available for the activity, will be proposed by the Regional Director to the applicant.
>
> (B) It reasonably appears that the proposed demonstration or special event will present a clear and present danger to the public safety, good order, or health.
>
> (C) The proposed demonstration or special event is of such a nature or duration that it cannot reasonably be accommodated in the particular area applied for; in that event, the Regional Director shall propose an alternate site to the applicant, if available for the activity; in this connection, the Regional Director shall reasonably take into account possible damage to the park, including trees, shrubbery, other plantings, park installations and statues.
>
> (D) The application proposes activities contrary to any of the provisions of this section or other applicable law or regulation.

10. Due to the volume of applications received and

the fact that applicants regularly file a full year in advance, permits are not normally granted until near the date of the event. This is due not only because of the volume of permits but also to enable the Park Service and the applicants to more accurately reflect actual conditions and the plans of the applicants. Indeed, as a proposed demonstration date nears, some applicants reduce the areas sought or even withdraw their applications, freeing up the parkland to be used by others.

11. There are a number of Federal parks which essentially surround the White House. Lafayette Park, which is approximately seven acres, is located across Pennsylvania Avenue just north of the White House. The White House sidewalk on Pennsylvania Avenue is just outside the fence line on the same block as the White House. East Executive Park and Alexandria Hamilton Place are located east of the White House. State Place is located west of the White House. The Ellipse, which is approximately fifty-two acres, is located just south of E Street and the White House.

12. With these parks located so close to the White House, they are part of the "White House area" defined at 36 C.F.R. § 7.96(g)(1)(iv) as the parks and adjacent sidewalks within Constitution Avenue, H, 15th and 17th Streets. For these park areas there are a number of Park Service regulations govern demonstrations, special events, structures and signs. Found at 36 C.F.R. §7.96(g)(1)(iv),(3),(5),(6)(j), these regulations are

generally based on security considerations.

13. Title 36 C.F.R. § 7.96(g)(3)(i) prohibits demonstrations in the "White House area," except for the White House sidewalk, Lafayette Park and the Ellipse. Special events are generally prohibited except for the Ellipse and for the annual commemorative wreath-laying ceremonies relating to the statutes in Lafayette Park.

14. Title 36 C.F.R. § 7.96(g)(5)(vii)(A), (viii) prohibits structures, parcels, containers and packages and certain types of signs on the White House sidewalk, while 36 C.F.R. § 7.96(g)(5)(x), (j)(6) prohibits certain structures, signs and the storage of items in Lafayette Park.

15. In addition, pursuant to National Park Service regulations, Federal parks located around the White House have been regularly subject to partial and temporary closures for security and public safety reasons and, since September 25, 2001 a partial and temporary public use limitation.

16. National Park Service regulations found at 36 C.F.R. § 1.5 provide that a park superintendent may "impose public use limits, or close all or a portion of a park area to all public use or to a specific use or activity."

17. Pursuant to 36 C.F.R. § 1.5(a), such a closure is to "based upon a determination that such action is necessary for the maintenance of public health and safety, protection of environmental or scenic values, protection of natural or cultural

resources, aid to scientific research, implementation of management responsibilities, equitable allocation and use of facilities, or the avoidance of conflict among visitor use activities."

18. Title 36 C.F.R. § 1.5(b) provides publication in the Federal Register, except in emergency situations, of a public use limitation or closure if it "is of a nature, magnitude and duration that will result in a significant alteration in the public use pattern of the park area, adversely affects the park's natural, aesthetic, scenic or cultural values, require a long-term or significant modification in the resource management objectives of the unit, or is of a highly controversial nature...."

19. Title 36 C.F.R. § 1.5(c) provides that "[e]xcept in emergency situations, prior to implementing .... the superintendent shall prepare a written determination justifying the action." This determination is available to the public upon request. Title 36 C.F.R. § 1.5(e) provides how the public will be informed of such closures and 36 C.F.R. § 1.5(f) provides that violating such a public use limitation or closure is prohibited.

20. In that regard, the White House sidewalk, Lafayette Park and the Ellipse have been regularly subject to partial and temporary closures and public use limitations for security and public safety reasons. These closures and public use limitations have also occurred by the National Park Service

under 36 C.F.R. § 1.5 at the request of the United States Secret Service. Closures have also occurred by the United States Secret Service under their own statutory authorities.

21. It has been the consistent view of the National Park Service and its Solicitor's Office that these "closures" and the less restrictive "public use limitations" of these Federal parks under 36 C.F.R. § 1.5, do not constitute an impairment to park resources and values, is not of a nature, magnitude and duration that will result in a significant alteration in the public use pattern, and that less restrictive measures will not suffice. Further, they do not adversely affect the parks natural, aesthetic or cultural values and is not of a highly controversial nature. Indeed, these closures and public use limitations, that will be more fully detailed herein, have neither been the subject of any complaints to the National Park Service by the public or demonstrators nor subject to criticism in the media.

22. As such, the National Park Service and its Solicitor's Office have consistently determined that under 36 C.F.R. § 1.5 such closures and public use limitations do not require publication as rulemaking in the Federal Register. This is consistent with hundreds of past park closures and the legal opinion of our' Office of the Solicitor. It is also consistent with past judicial adjudications, where one demonstrator

unsuccessfully challenged various closures four times over the past twelve years, in Picciotto v. United States, No. 99-2113 (D.D.C.), Picciotto v. United States, No. 94-1935 (D.D.C.), Picciotto v. Lujan, No. 90-1261 (D.D.C.), and Picciotto v. Hodel, No. 87-3290 (D.D.C.).

23. As noted earlier, the Park Service has conducted numerous closures of park areas located around the White House under 36 C.F.R. § 1.5, the vast majority for security reasons at the request of the United States Secret Service and the United States Park Police.

24. As examples, the south western portion of Lafayette Park and the west portion of the White House sidewalk has been closed by the Park Service for the President of the United States on December 12, 2001; during the visits of the President of Malaysia on May 13-15, 2002; the King of Morocco on April 21-24, 2002; the President of Uzbekistan on March 11-13, 2002; the President of Kazakhstan on December 20-21, 2001; President of Indonesia on September 18-21, 2001; the President of Mexico on September 4-7, 2001; the President of Algeria on July 11-12, 2001; the Prime Minister of Japan on September 24-25 and June 29-July 1, 2001, May 2-4, 1999; the President of South Africa on June 25-27 and May 21-23, 2001; the Prime Minister of Bangladesh on October 16-18, 2000; the Prime Minister of the Netherlands on September 27-28, 2000; the Prime Minister of Italy on September 19-20, 2000; the Prime Minister of Japan on May 4-5,

2000; the President of Yemen on April 2-4, 2000; the King of Spain on February 22-24, 2000; the Prime Minister of Hungry on June 6-9, 1999; the President of Ghana on February 23-26, 1999; the President of Pakistan on December 1-4, 1998; the President of Columbia on October 27-30, 1998; the Prime Minister of France on June 17-19, 1998; the President of the Philippines on April 8-10, 1998; the Prime Minister of Great Britain on February 4-6, 1998.

25. Security reasons associated with the visits of certain dignitaries has necessitated even more extensive closures of park areas located around the White House. As examples, the entire western half of Lafayette Park and portions of the White House sidewalk has been closed during the visits of the Prime Minister of Israel on June 9-11, February 6-9, 2002, December 2-4, May 29-June 1, March 18-20, 2001, April 10-11, 2000, July 14-20, 1999, September 28, 1998; the President of Egypt on June 5-7, March 2-6, 2002, March 31-April 4, 2001, March 24-30, 2000, June 26-July 1, 1999; the Prime Minister of Pakistan on February 12-14, 2002; the Interim President of Afghanistan January 27-30, 2002; the President of the Philippines on November 18-20, 2001; the President of South Korea on March 6-9, 2001, June 8-11, 1998; then President-Elect George W. Bush on January 9-11, 2001; the Prime Minister of Turkey on September 26-30, 2000 and September 26-30, 1999; the Prime Minister of India on September 13-18, 2000; Israel and Syrian Dignitaries on December 14-16, 1999; the Premier of China on April 7-10, 1999; the

President of Russia on November 12-14, 2001 and for Russian Dignitaries on March 23-26, 1999.

26. Security reasons associated with other events has resulted in even more extensive park closures around the White House or when the President of the United States was widely-publicized to travel.

27. As an example, during the July 4, 2002 holiday, the Park Service closed the White House E Street sidewalk and its adjacent E Street, Alexandria Hamilton Place, State Place, and the northern two-thirds of the Ellipse.

28. During the 2000 World Bank-IMF Joint Meetings, the Park Service closed Reservations 30 and 31 located adjacent to World Bank and IMF Headquarters, as well as closed the White House sidewalk, East Executive Avenue, Alexandria Hamilton Place, State Place, large portions of the Ellipse, and all but the interior of the eastern half of Lafayette Park on April 15-18, 2000.

29. For the 2001 Presidential Inauguration, the Park Service closed the southwest portion of the Lafayette Park and portions of the White House sidewalk on November 13, 2000 for stage construction and other park areas were closed as construction progressed. The Park Service also closed East Executive Park, Alexandria Hamilton Place, State Place, and large portions of the Ellipse on January 19-20, 2001. It also closed the Pennsylvania Avenue sidewalks on January 19-20, 2001 for a

security sweep before the 2001 Presidential Inauguration Parade.

30. Security reasons associated with the NATO 50th Anniversary Summit, which brought forty-two Heads-of-State and occurred during the NATO bombing of Yugoslavia, caused the Park Service to close the White House sidewalk, Pershing and Freedom Parks, the Mall's Old Folklife Festival site, portions of Pennsylvania Avenue sidewalks and the exterior portion of Lafayette Park on April 23-25, 1999.

31. Security reasons associated with the visit of the President of the People's Republic China caused the Park Service to close the White House sidewalk on October 28-30, with the western half of Lafayette Park, Alexandria Hamilton Place and State Place and half of the Ellipse closed on October 29, 1997.

32. Security reasons associated with United States Park Police monitoring of competing demonstration groups on parkland near the White House has resulted in park closures to keep and preserve police buffer areas. As an example, the Park Service closed portions of Lafayette Park and the White House sidewalk during competing NeoNazi and Jewish activist demonstrations in Lafayette Park on August 7, 1999.

33. Park closures have also occurred for reasons not associated with security, such as for turf renovation. For example, the Park Service closed the southern portion of the Ellipse surrounded by the Ellipse Road on September 1, 2001-May 15, 2002. It has also closed for turf renovation portions of

Lafayette Park on March 5-May 18, 2001 and portions of the National Mall on April 20, 2001-March 29, 2002.

34. Following the terrorist attacks on our country on September 11, 2001, the United States Secret Service requested that the National Park Service impose a partial and temporary public use limitation, and not issue permits for demonstrations and special events for Lafayette Park, the White House sidewalk, and the Ellipse for thirty days. Since then, the Secret Service has renewed its request except for the Ellipse.

35. Pursuant to 36 C.F.R. § 1.5, the National Park Service decided to impose a public use limitation and not issue permits for demonstrations and special events. And consistent with its Record of Determinations, the Park Service has not issued any demonstration or special event permits for the affected areas. Consistent with its Record of Determination, however, permissible "small group demonstration" involving 25 persons or fewer, may and are still occurring in Lafayette Park and the White House sidewalk.

36. A copy of the National Park Service most recent Record of Determination dated August 19 and July 30, 2002 and the United States Secret Service requests dated July 30, 2002 and August 14, 2002 are marked as Enclosure 1.

37. On August 14, 2002, the Christian Defense Coalition submitted applications 02-1587 and 02-1588, seeking permits to

demonstrate in Lafayette Park with 40 participants on August 30, and with 500 participants on September 11, 2002. A copy of their application is Enclosure 2.

38. On August 20, 2002, the National Park Service informed the Christian Defense Coalition in writing that their "deemed granted" applications for Lafayette Park must be revoked for security reasons pursuant to 36 C.F.R. § 7.96(g). A copy of the denial letter is Enclosure 3. And as the Park Service explained in its denial letter:

> We regret that the "deemed granted" applications for Lafayette Park must be revoked for security reasons pursuant to 36 C.F.R. § 7.96(g). Instead, we herein identify several other proposed locations for your proposed demonstrations, all within a very short distance of your proposed location.
>
> On July 30, 2002 the United States Secret Service requested that the National Park Service extend the partial and temporary public use limitation through September 1, 2002 and not issue permits for Lafayette Park. And on August 14, 2002 the United States Secret Service requested that the National Park Service extend the partial and temporary public use limitation through October 1, 2002 and not issue permits for Lafayette Park. This extension is to ensure necessary security and safety for the adjacent White House complex, its occupants, and the public. Therefore, pursuant to 36 C.F.R. § 1.5, the National Park Service decided to impose a public use limitation. A copy of the Secret Service's requests and the National Park Service's Records of Determination are enclosed for your ready reference.
>
> These public use limitations are intended to ensure necessary security and safety for the adjacent White House complex, its occupants, and the public. They have neither the effect nor intent to prevent the exercise of First Amendment rights. Activities in Lafayette Park that do not require a permit--such as a

demonstration involving 25 persons or fewer--are not affected. In addition, other Federal parks are available for permit and non-permit events. In that regard, pursuant to 36 C.F.R. § 7.96(g)(4)(iii)(C), we hereby propose several alternative park sites for your proposed demonstration. Specifically, we suggest that you consider the use of portions of the Ellipse which is just south of the White House or McPherson and Farragut Squares which are just one block north of Lafayette Park. Indeed, these alternative areas have been successfully used by groups who were denied permits in the past due to the Secret Service security request. You may also wish to consider contacting the District of Columbia or the United States Capitol Police regarding the use of public spaces under their jurisdiction.

Finally, the September 11 terrorist attacks present extraordinary circumstances, and unprecedented challenges, to our country. As we work with you, as well as thousands of others who annually come to demonstrate on Federal parkland in Washington, D.C., it remains the National Park Service's goal to properly balance First Amendment rights with the unique and important security interests to protect the White House complex, its occupants, and to help ensure public safety.

39. In our letter, we also gave three examples of groups who were denied permits for Lafayette Park or the White House sidewalk but had successful permitted demonstrations at other nearby alternative park locations. These examples was "the group Beyond Ground Zero who used the Ellipse's E Street sidewalk on the Ellipse on July 31, 2002 [02-1479], and Act Now To Stop War and Racism Coalition who used Farragut Square on June 29, 2002 [02-1348] and the Washington Monument grounds on September 29-30, 2001 [01-0825]."

40. Consistent with our letter dated August 20, 2002,

the National Park Service remains willing to work with the Christian Defense Coalition for their use of other nearby park areas. Portions of the Ellipse, which is just south of the White House, and McPherson and Farragut Squares which are just one block north of Lafayette Park, currently remain available. Further, as stated in our letter, activities that do not require a permit--such as a permissible "small group demonstration" involving 25 persons or fewer--are not affected and may still occur in Lafayette Park.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed is 28 day of August, 2002.

Richard Merryman

RICHARD MERRYMAN

# United States Department of the Interior

NATIONAL PARK SERVICE
National Capital Region
White House Liaison
1100 Ohio Drive, S.W.
Washington, D.C. 20242

IN REPLY REFER TO:

A8219

August 19, 2002

Record of Determination to extend a partial and temporary
public use limitation for certain Parks areas
around the White House

Pursuant to 36 C.F.R. § 1.5, the National Park Service is extending until October 1, 2002, its partial, and temporary public use limitation and will not issue permits for demonstrations and special events for Lafayette Park, the White House sidewalk, E Street between 15th St. N.W., and 17th St. N.W., State Place, and Alexander Hamilton Place. Activities which do not require a permit are not affected. This extension comes at the request of the United States Secret Service, in coordination with the United States Park Police, to ensure necessary security and safety for the adjacent White House complex, its occupants, and the public. The Secret Service's extension request dated August 14, 2002, and its earlier requests dated July 29, 2002, June 26, 2002, May 29, 2002, April 26, 2002, March 29, 2002, February 27, 2002, January 25, 2002, December 20, 2001, November 21, 2001, October 23, 2001 and September 24, 2001, and our earlier determinations, are also incorporated by reference.

The National Park Service's partial and temporary public use limitation began on September 25, 2001. Its extension until October 1, 2002 does not constitute an impairment to park resources and values and is not of a nature, magnitude and duration that will result in a significant alteration in the public use pattern. Given the security concerns, less restrictive measures will not suffice. Further, the public use limitation will not adversely affect the park's natural, aesthetic or cultural values and is not of a highly controversial nature given the security measures being undertaken nationwide due to the unprecedented terrorist attacks of September 11, 2001 and the subsequent anthrax attacks. Accordingly, pursuant to 36 C.F.R. §1.5(b), publication as rulemaking in the Federal Register is unwarranted. This is consistent with hundreds of past partial and temporary park closures, the legal opinion of the Office of the Solicitor, and past judicial adjudications. Picciotto v. United States, No. 99-2113 (D.D.C.); Picciotto v. United States, No. 94-1935 (D.D.C.); Picciotto v. Lujan, No. 90-1261 (D.D.C.); Picciotto v. Hodel, No. 87-3290 (D.D.C.).

Pursuant to 36 C.F.R. §1.7, notice of the public use limitation extension will be made through media advisories and posting at conspicuous locations at the affected parks. Violation is prohibited.

Rick Nagle

Acting Deputy Director, White House Liaison

Attachment

Enclosure 1

08/19/02 09:38 FAX 301 436 3210 EXEC SUPPORT FAC 004
08/16/2002 13:51 FAX 202 208 3877 DPW 002/002
08/16/02 09:30 FAX 2024066544 USSS CHIEF COUNSEL HQS 003/003

**DEPARTMENT OF THE TREASURY**
**UNITED STATES SECRET SERVICE**

August 14, 2002

Mr. Terry Carlstrom
Regional Director
National Capital Region
National Park Service
1100 Ohio Drive, S.W.
Washington, D.C. 20024

Dear Mr. Carlstrom:

This is in reference to our previous letters, transmitting the Secret Service's request that no permits be granted for demonstrations and/or special event activity during specific time periods for LaFayette Park; the area known as the White House sidewalk; E St. between 15th St., N.W. and 17th St., N.W.; State Place; and Alexander Hamilton Place. As of today, the conditions that existed when we sent our most recent letter have not lessened.

Intelligence sources and investigative reports continue to indicate that the White House complex may be a target for continued terrorist activity. The Secret Service continues to maintain the position that groups in LaFayette Park and the White House sidewalk area will be difficult for law enforcement officials to evacuate, that the presence of a large group in these areas could unintentionally provide cover activity such that a terrorist could approach the complex without attracting attention, and that large groups in close proximity to the White House could themselves present inviting targets for terrorist activity.

Under the current emergency conditions and given these specific concerns, we have determined that there are no less restrictive measures that would adequately provide for the safety of the public, the safety of Secret Service protectees, and the security of the White House complex. Therefore, the Secret Service is requesting that the ban on permitted activity be extended until October 1, 2002. Should we determine that this restriction on the presence of large groups in these two areas is no longer necessary within that time frame, we will immediately advise you of that.

We have made a similar request of the Metropolitan Police Department regarding march or parade permits for streets adjacent to the White House. Thank you for your continued assistance and cooperation in this matter.

Sincerely,

Donald A. Flynn

Donald A. Flynn
Assistant Director
Office of Protective Operations

United States Department of the Interior

NATIONAL PARK SERVICE
National Capital Region
White House Liaison
1100 Ohio Drive, S.W.
Washington, D.C. 20242

IN REPLY REFER TO:

A8219

July 30, 2002

Record of Determination to extend a partial and temporary public use limitation for Lafayette Park, the White House sidewalk, and E Street between 15th St. N.W., and 17th St. N.W.

Pursuant to 36 C.F.R. § 1.5, the National Park Service is extending until September 1, 2002, its partial, and temporary public use limitation and will not issue permits for demonstrations and special events for Lafayette Park, the White House sidewalk, and E Street between 15th St. N.W., and 17th St. N.W. Activities which do not require a permit are not affected. This extension comes at the request of the United States Secret Service, in coordination with the United States Park Police, to ensure necessary security and safety for the adjacent White House complex, its occupants, and the public. The Secret Service's extension request dated July 29, 2002, and its earlier requests dated June 26, 2002, May 29, 2002, April 26, 2002, March 29, 2002, February 27, 2002, January 25, 2002, December 20, 2001, November 21, 2001, October 23, 2001 and September 24, 2001, and our earlier determinations, are also incorporated by reference.

The National Park Service's partial and temporary public use limitation began on September 25, 2001. Its extension until September 1, 2002 does not constitute an impairment to park resources and values and is not of a nature, magnitude and duration that will result in a significant alteration in the public use pattern. Given the security concerns, less restrictive measures will not suffice. Further, the public use limitation will not adversely affect the park's natural, aesthetic or cultural values and is not of a highly controversial nature given the security measures being undertaken nationwide due to the unprecedented terrorist attacks of September 11, 2001 and the subsequent anthrax attacks. Accordingly, pursuant to 36 C.F.R. §1.5(b), publication as rulemaking in the Federal Register is unwarranted. This is consistent with hundreds of past partial and temporary park closures, the legal opinion of the Office of the Solicitor, and past judicial adjudications. Picciotto v. United States, No. 99-2113 (D.D.C.); Picciotto v. United States, No. 94-1935 (D.D.C.); Picciotto v. Lujan, No. 90-1261 (D.D.C.); Picciotto v. Hodel, No. 87-3290 (D.D.C.).

Pursuant to 36 C.F.R. §1.7, notice of the public use limitation extension will be made through media advisories and posting at conspicuous locations at the affected parks. Violation is prohibited.

Deputy Director, White House Liaison

Attachment

DEPARTMENT OF THE TREASURY
UNITED STATES SECRET SERVICE

July 29, 2002

Mr. Terry Carlstrom
Regional Director
National Capital Region
National Park Service
1100 Ohio Drive, S.W.
Washington, D.C. 20024

Dear Mr. Carlstrom:

This is in reference to our previous letters, transmitting the Secret Service's request that no permits be granted for demonstrations and/or special event activity during specific time periods for LaFayette Park; the area known as the White House sidewalk; E St. between 15th St., N.W. and 17th St., N.W.; State Place; Madison Place between Pennsylvania Avenue and H St., N.W.; Jackson Place between Pennsylvania Avenue and H St., N.W.; and Alexander Hamilton Place. As of today, the conditions that existed when we sent our most recent letter have not lessened.

Intelligence sources and investigative reports continue to indicate that the White House complex may be a target for continued terrorist activity. The Secret Service continues to maintain the position that groups in LaFayette Park and the White House sidewalk area will be difficult for law enforcement officials to evacuate, that the presence of a large group in these areas could unintentionally provide cover activity such that a terrorist could approach the complex without attracting attention, and that large groups in close proximity to the White House could themselves present inviting targets for terrorist activity.

Under the current emergency conditions and given these specific concerns, we have determined that there are no less restrictive measures that would adequately provide for the safety of the public, the safety of Secret Service protectees, and the security of the White House complex. Therefore, the Secret Service is requesting that the ban on permitted activity be extended until September 1, 2002. Should we determine that this restriction on the presence of large groups in these two areas is no longer necessary within that time frame, we will immediately advise you of that.

We have made a similar request of the Metropolitan Police Department regarding march or parade permits for streets adjacent to the White House. Thank you for your continued assistance and cooperation in this matter.

Sincerely,

Donald A. Flynn

Donald A. Flynn
Assistant Director
Office of Protective Operations

Paperwork Reduction Act & Privacy Act Statement: In accordance to 36 CFR 7.96 (g), this regulation gives us the authority to require applicants to file out this form to request permits for special events or demonstrations. A Federal Agency may not conduct or sponsor, and a person is not required to respond to a collection of information unless it displays a valid OMB control number. Confidentiality of this information is assured subject to the provisions of the Freedom of Information Act. Additional disclosures of the information may be to the United States Park Police, the District of Columbia Metropolitan Police Department, and any other affected law enforcement agencies.
Public reporting for this collection of information is estimated to average 30 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Chief of Park Programs Division, National Park Service, National Capital Region, 1100 Ohio Dr., S.W., Washington, D.C. 20242.

OMB CONTROL NUMBER: 1024-0021 EXPIRES: 04/30/04

# NATIONAL PARK SERVICE, NATIONAL CAPITAL REGION APPLICATION FOR A PERMIT TO CONDUCT A DEMONSTRATION OR SPECIAL EVENT IN PARK AREAS AND A WAIVER OF NUMERICAL LIMITATIONS ON DEMONSTRATIONS FOR WHITE HOUSE SIDEWALK* AND/OR LAFAYETTE PARK

RECEIVED BY NATIONAL PARK SERVICE DIVISION OF PARK PROGRAMS
AUG 14 PM 2:1?

02-1587

8/14/02
*Date of this Application*

1. *Individual and/or organization sponsor(s):* Christian Defense Coalition / Rev. Patrick J. Mahoney

*Address:* PO Box 77168 Washington, DC 20013

*Telephone Nos. (include area code): Day* 202-547-1735 540-373-8099 *Evening* 540-373-8099

2. *This is an application for a permit to conduct a DEMONSTRATION* ✓ *SPECIAL EVENT* ______. *(For definitions, see instruction page.)*

3. *This is an application for a WAIVER OF THE NUMERICAL LIMITATIONS on certain demonstrations. YES ____ NO ____ (A waiver is required if it is expected that a demonstration on the White House Sidewalk* will include more than 750 participants or that a demonstration in Lafayette Park will include more than 3,000 participants.*

4. *Date(s) of proposed activity: From* 8/30/02 *To* 8/30/02
*Month/Day/Year* *Month/Day/Year*

*Time: Begin:* 11:30 *(a.m.)(p.m.)* [a.m. circled] *Terminate:* 1:00 *(a.m.)(p.m.)* [p.m. circled]

5. *Location(s) of proposed activity. (Include assembly and dispersal areas.)*

Lafayette Park across from the White House

6. *Purpose of proposed activity:* A prayer vigil: to pray for President Bush, safety of nation, + spiritual renewal.

7. *Estimated maximum number of participants. (If more than one park area is to be used, list numbers separately for each area.)* 40

*(The "White House Sidewalk" is the sidewalk between East and West Executive Avenues on the south side of Pennsylvania Avenue, NW.

**Enclosure 2**

8. *Will cleanup people be provided for the area: ____YES ____NO. How will they be identified?* Not needed

9. *Person(s) in charge of activity. (One person must be listed as in charge of the activity. If different individuals are to be in charge of various activities at different locations, each must be listed.)*

*Person in charge:* Rev. Patrick J. Mahoney

*Address:* PO Box 77168 Washington, DC 2001?

*Telephone Nos. (Include area code): Day* 202. 547-1735 540. 373 8099 *Evening* 540. 785. 8668

10. *Plans for proposed activity. (Include a list of all principal speakers and the complete time schedule for the activity. Include proposed route of any march or parade, and plans for the orderly termination and dispersal of the proposed activity which might affect the regular flow of city traffic.)* A prayer vigil to seek God's protection and blessing for our nation. It will include: worship songs, Bible reading, + individual prayer.

11. *(a) List all props, stages, sound equipment, and other items to be provided by applicant/sponsor. (Include approximately number and size(s) of supports, standards, and handles; necessary medical/sanitary facilities and other similar items.)* ____________

*(b) If boxes, crates, coffins, or similar items will be used, state whether they are to be carried opened or closed, their proposed size, the materials constructed from, and their proposed contents and use.* ____________

12. *(a) Do you have any reason to believe or any information indicating that any individual, group, or organization might seek to disrupt the activity for which this application is submitted?* ____*Yes* ✓ *NO*

*(b) If "YES," list each such individual, group, or organization, with all information as to each, including address and telephone numbers.*

13. *MARSHALS: (a) Will applicant/sponsor furnish marshals? (Required for waivers of numerical limitations and for demonstration activities held simultaneously on White House Sidewalk and Lafayette Park.)* ____*YES* ✓ *NO. If "YES," how many marshals will be furnished?* ____________

*(b) Person(s) responsible for supervision of marshals (for each location):*

*Location(s):* ______________________________

*Name(s):* ______________________________

*Address(es):* ______________________________

*Telephone Nos.: Day:* ______________ *Evening:* ______________

*(c) List the functions the marshals are expected to perform:* ______________

______________________________

**QUESTIONS 14, 15 AND 16 MUST BE ANSWERED IF THIS IS AN APPLICATION FOR A WAIVER OF NUMERICAL LIMITATIONS. IF THIS IS NOT AN APPLICATION FOR A WAIVER, DO NOT ANSWER THESE QUESTIONS.**

14. *What communications equipment will be provided to the marshals? (Include the number of walkie-talkies, CB radios, bullhorns, public address systems, flashlights, etc.)*

______________________________

______________________________

15. *How will the marshals be identified?* ______________________________

16. *State specifically the plans for ingress and egress of the participants to and from Lafayette Park including proposed sites for loading and unloading of buses, automobiles, or other forms of transportation which the participants are expected to use (supply chart if necessary).* ______________________________

______________________________

______________________________

**APPLICATION IS NOT VALID UNLESS SIGNED**

Director of The Christian Defense Coalition
*Position of person filing application*

[signature]
*Signature of person filing application*

Rev. Patrick J. Mahoney
*Typed or printed name of person Filing application*

PO Box 77168
Washington DC 20013
*Address of person filing application*

*Telephone Nos. of person filing application (include area code):*

*Day:* 202. 547 1735 *Evening:* 540. 785 8668

540 . 373 - 8099

Paperwork Reduction Act & Privacy Act Statement: In accordance to 36 CFR 7.96 (g), this regulation gives us the authority to require applicants to fill out this form to request permits for special events or demonstrations. A Federal Agency may not conduct or sponsor, and a person is not required to respond to a collection of information unless it displays a valid OMB control number. Confidentiality of this information is assured subject to the provisions of the Freedom of Information Act. Additional disclosures of the information may be to the United States Park Police, the District of Columbia Metropolitan Police Department, and any other affected law enforcement agencies.

Public reporting for this collection of information is estimated to average 30 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Chief of Park Programs Division, National Park Service, National Capital Region, 1100 Ohio Dr., S.W., Washington, D.C. 20242.

OMB CONTROL NUMBER: 1024-0021 EXPIRES: 04/30/04

**NATIONAL PARK SERVICE, NATIONAL CAPITAL REGION**
**APPLICATION FOR A PERMIT TO CONDUCT A DEMONSTRATION OR SPECIAL EVENT IN PARK AREAS AND A WAIVER OF NUMERICAL LIMITATIONS ON DEMONSTRATIONS FOR WHITE HOUSE SIDEWALK* AND/OR LAFAYETTE PARK**

RECEIVED BY NATIONAL PARK SERVICE DIVISION OF PARK PROGRAMS '02 AUG 14 PM 2:15

02-1588

8/14/02
Date of this Application

1. Individual and/or organization sponsor(s): Christian Defense Coalition
Rev. Patrick J. Mahoney
Address: PO Box 77168 Washington, DC 20013
Telephone Nos. (include area code): Day 202.547.1735 / 540.373.8094 Evening 540.785.8668

2. This is an application for a permit to conduct a DEMONSTRATION ✓
SPECIAL EVENT ______. (For definitions, see instruction page.)

3. This is an application for a WAIVER OF THE NUMERICAL LIMITATIONS on certain demonstrations. YES ____ NO ✓ (A waiver is required if it is expected that a demonstration on the White House Sidewalk* will include more than 750 participants or that a demonstration in Lafayette Park will include more than 3,000 participants.

4. Date(s) of proposed activity: From 9/11/02 (Month/Day/Year) To 9/11/02 (Month/Day/Year)

Time: Begin: 7:30 (a.m.) [circled] p.m. Terminate: 12:30 a.m. (p.m.) [circled]

5. Location(s) of proposed activity. (Include assembly and dispersal areas.)
Lafayette Park / Across from the White House

6. Purpose of proposed activity: Prayer vigil: To pray for President Bush and protection of our nation

7. Estimated maximum number of participants. (If more than one park area is to be used, list numbers separately for each area.) 500

*(The "White House Sidewalk" is the sidewalk between East and West Executive Avenues, on the south side of Pennsylvania Avenue, NW.

8. *Will cleanup people be provided for the area:* ✓ *YES* ____ *NO. How will they be identified?* Black Arm Bands

9. *Person(s) in charge of activity. (One person must be listed as in charge of the activity. If different individuals are to be in charge of various activities at different locations, each must be listed.)*

*Person in charge:* Rev. Patrick J. Mahoney

*Address:* PO Box 77168 Washington, DC 20013

*Telephone Nos. (Include area code): Day* 202.547.1735 540.373.8044 *Evening* 540.785.8668

10. *Plans for proposed activity. (Include a list of all principal speakers and the complete time schedule for the activity. Include proposed route of any march or parade, and plans for the orderly termination and dispersal of the proposed activity which might affect the regular flow of city traffic.)* A prayer vigil which will include clergy and Christian leaders, will include worship music, individual prayer, and Scripture reading.

11. *(a) List all props, stages, sound equipment, and other items to be provided by applicant/sponsor. (Include approximately number and size(s) of supports, standards, and handles; necessary medical/sanitary facilities and other similar items.)* Sound system, 5ft high poles, small stage

*(b) If boxes, crates, coffins, or similar items will be used, state whether they are to be carried opened or closed, their proposed size, the materials constructed from, and their proposed contents and use.* ——

12. *(a) Do you have any reason to believe or any information indicating that any individual, group, or organization might seek to disrupt the activity for which this application is submitted?* ____ *Yes* ✓ *NO*

*(b) If "YES," list each such individual, group, or organization, with all information as to each, including address and telephone numbers.*

——

13. *<u>MARSHALS</u>: (a) Will applicant/sponsor furnish marshals? (Required for waivers of numerical limitations and for demonstration activities held simultaneously on White House Sidewalk and Lafayette Park.)* ✓ *YES* ____ *NO. If "YES," how many marshals will be furnished?* ____

*(b) Person(s) responsible for supervision of marshals (for each location):*

Location(s): Rev. Patrick J. Mahoney / Chaplain Lafayette Park

Name(s):

Address(es): PO Box 77168 Washington DC 20013

Telephone Nos.: Day: 202 547 1735 / 540 373 8094 Evening: 540 785 8668

(c) List the functions the marshals are expected to perform:

Crowd control

**QUESTIONS 14, 15 AND 16 MUST BE ANSWERED IF THIS IS AN APPLICATION FOR A WAIVER OF NUMERICAL LIMITATIONS. IF THIS IS NOT AN APPLICATION FOR A WAIVER, DO NOT ANSWER THESE QUESTIONS.**

14. *What communications equipment will be provided to the marshals? (Include the number of walkie-talkies, CB radios, bullhorns, public address systems, flashlights, etc.)*

—

—

15. *How will the marshals be identified?* Black Arm Bands

16. *State specifically the plans for ingress and egress of the participants to and from Lafayette Park including proposed sites for loading and unloading of buses, automobiles, or other forms of transportation which the participants are expected to use (supply chart if necessary).*

No Buses. People will take metro, walking or provide own transportation.

**APPLICATION IS NOT VALID UNLESS SIGNED**

Director of the Christian Defense Coalition
*Position of person filing application*

[signature]
*Signature of person filing application*

Rev. Patrick J. Mahoney
*Typed or printed name of person Filing application*

PO Box 77168 Washington DC 20013
*Address of person filing application*

*Telephone Nos. of person filing application (include area code):*

Day: 202.547.1735 Evening: 540.785.8668

540 373-8094

# United States Department of the Interior

NATIONAL PARK SERVICE
National Capital Region
1100 Ohio Drive, S.W.
Washington, D.C. 20242

IN REPLY REFER TO:

AUG 20 2002

Reverend Patrick J. Mahoney
Christian Defense Coalition
P.O. Box 77168
Washington, D.C. 20013

Dear Rev. Mahoney:

This responds to the Christian Defense Coalition's applications 02-1587 and 02-1588 received August 14, 2002, to demonstrate in Lafayette Park with 40 participants on August 30, and with 500 participants on September 11, 2002. We regret that the "deemed granted" applications for Lafayette Park must be revoked for security reasons pursuant to 36 C.F.R. § 7.96(g). Instead, we herein identify several other proposed locations for your proposed demonstrations, all within a very short distance of your proposed location.

On July 30, 2002 the United States Secret Service requested that the National Park Service extend the partial and temporary public use limitation through September 1, 2002 and not issue permits for Lafayette Park. And on August 14, 2002 the United States Secret Service requested that the National Park Service extend the partial and temporary public use limitation through October 1, 2002 and not issue permits for Lafayette Park. This extension is to ensure necessary security and safety for the adjacent White House complex, its occupants, and the public. Therefore, pursuant to 36 C.F.R. § 1.5, the National Park Service decided to impose a public use limitation. A copy of the Secret Service's requests and the National Park Service's Records of Determination are enclosed for your ready reference.

These public use limitations are intended to ensure necessary security and safety for the adjacent White House complex, its occupants, and the public. They have neither the effect nor intent to prevent the exercise of First Amendment rights. Activities in Lafayette Park that do not require a permit--such as a demonstration involving 25 persons or fewer--are not affected. In addition, other Federal parks are available for permit and non-permit events. In that regard, pursuant to 36 C.F.R. § 7.96(g)(4)(iii)(C), we hereby propose several alternative park sites for your proposed demonstration. Specifically, we suggest that you consider the use of portions of the Ellipse which is just south of the White House or McPherson and Farragut Squares which are just one block north of Lafayette Park. Indeed, these alternative areas have been successfully used by

**Enclosure 3**

groups who were denied permits in the past due to the Secret Service security request.[1] You may also wish to consider contacting the District of Columbia or the United States Capitol Police regarding the use of public spaces under their jurisdiction.

Finally, the September 11 terrorist attacks present extraordinary circumstances, and unprecedented challenges, to our country. As we work with you, as well as thousands of others who annually come to demonstrate on Federal parkland in Washington, D.C., it remains the National Park Service's goal to properly balance First Amendment rights with the unique and important security interests to protect the White House complex, its occupants, and to help ensure public safety.

If you would like to discuss use of other park areas, please contact Park Ranger Robbin Owen at (202) 619-7225.

Sincerely,

Richard Merryman

Richard Merryman
Chief, Division of Park Programs

Enclosures: NPS Determination dated July 30, 2002 w/USSS request dated July 29, 2002
NPS Determination dated August 19, 2002 w/USSS request dated August 14, 2002

[1] Examples of groups who were denied permits for Lafayette Park or the White House sidewalk but had successful permitted demonstrations at other nearby alternative park locations include the group Beyond Ground Zero who used the Ellipse's E Street sidewalk on the Ellipse on July 31, 2002 [02-1479], and Act Now To Stop War and Racism Coalition who used Farragut Square on June 29, 2002 [02-1348] and the Washington Monument grounds on September 29-30, 2001 [01-0825].